## DEVELOPMENT BANK OF AMERICAN SAMOA, Plaintiff

### v.

## MAU MAU, JR., and TUILUAAI MAU, dba MASEFAU MART, Defendant

## AMERICAN SAMOA GOVERNMENT, Garnishee

High Court of American Samoa
Trial Division

CA No. 46-92

October 19, 1993

KRUSE, Chief Justice.

Counsel:For Plaintiff, Marshall Ashley
For Defendant, Tautaï Aviata F. Fa'alevao

[1]  Plaintiff judgment creditor seeks to hold the American Samoa Government (ASG) liable as garnishee for the full amount of its judgment, entered against the defendants, citing ASG's failure to respond to interrogatories propounded pursuant to A.S.C.A. §§ 43.1801 et seq. Plaintiff moves the Court to issue an order directed to ASG to show cause why it should not be held liable for the full amount of plaintiff's judgment, in the amount of $54,177.50. The application, however, is unsupported; it fails to show that the Governor has given his "prior approval" to the garnishment of ASG, in accordance with the mandatory requirements of § 43.1803(b). The motion is, therefore, DENIED.

It is so ordered.